UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| JOEY K. MURR | ) | |
| | ) | |
| v. | ) | NO. 2:14-CV-161 |
| | ) | |
| CAROLYN W. COLVIN | ) | |
| Acting Commissioner of Social Security | ) | |

**O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated April 29, 2015.[1]  After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 25], it is hereby **ORDERED** that the Report and Recommendation is **ADOPTED** and **APPROVED**, and that the plaintiff's motion for attorney fees and expenses under the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(A) is **GRANTED**. [Doc. 21].  Accordingly, a sum of $2,087.50 for attorney fees plus the sum of $20.10 in expenses is awarded to the plaintiff.

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE

---

[1] In response to the plaintiff's motion, the defendant filed a response that the defendant did not oppose payment of attorney fees and expenses to the plaintiff. [Doc. 24]